A. Douglas Mastroianni (150438)
*doug@admlaw.co*
609 Deep Valley Dr., Suite 200
Rolling Hills Estates, CA 90274
Tel.: (213) 915-7316

Attorneys for Plaintiff Lincoln Transportation Services, Inc..

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN TRANSPORTATION SERVICES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAPAG-LLOYD (America) LLC, a Delaware Limited Liability Company Whose Members are Citizens of New Jersey, Georgia, Florida, Illinois; and Texas; HAPAG-LLOYD CONTAINER LINE GMBH, a German Corporation,<br><br>Defendants. | NO.<br><br>**COMPLAINT:**<br><br>(1) Breach of Contract;<br>(2) Open Book Account;<br>(3) Quantum Meruit |

Lincoln Transportation Services, Inc. ("Lincoln") alleges as follows:

1. Lincoln is a California corporation with its principal place of business in Compton, California.

2. Hapag-Lloyd (America) LLC is a Limited Liability Company organized under the laws of the state of Delaware with its principal place of business in New Jersey. Its members are citizens of the following states: (1) New Jersey; (2) Georgia; (3) Florida; (4) Illinois; and (5) Texas. Hapag-Lloyd (America) LLC is the successor to Hapag-Lloyd (America), Inc.

3. Hapag-Lloyd Container Line GMBH is a foreign corporation organized under the laws of Germany.

4. Under the terms of the parties' agreement and the applicable bills of lading, Hapag-Lloyd (America) LLC and Hapag-Lloyd Container Line GMBH are jointly and severally liable for the amounts owed to Lincoln. Plaintiff, therefore, refers to these defendants collectively as "Hapag."

## SUBJECT MATTER JURISDICTION AND VENUE

5. Jurisdiction is proper under 28 U.S.C. §1332(2) because the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs and interest. (The amount in controversy is, in fact, about $800,000.00 not including attorneys' fees,

costs and interest.)

6. Venue is proper because a substantial part, if not all, of the acts or omissions giving rise to the claims occurred in this judicial district. Lincoln is located in this judicial district, was hired by Hapag in this judicial district, and picked-up and transported international freight from the Ports of Los Angeles and Long Beach – both located in this judicial district.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract against Hapag)

7. Plaintiff incorporates paragraphs 1-6 as if fully set forth herein.

8. The parties entered into a written agreement under which they agreed to the following: (1) Lincoln would perform drayage services for defendants, i.e., pick-up, at Hapag's request, containers of freight shipped in international commerce and off-loaded from container ships at the ports of Los Angeles and Long Beach; (2) deliver the containers to points in-land to defendant and its customers based on defendants' express request; and (3) Hapag would pay Lincoln amounts agreed upon in the written agreement.

9. Plaintiff fully performed all services required under the agreement and all conditions-precedent to obtaining payment under the parties' agreement.

10. Plaintiff has invoiced Hapag for services rendered under the agreements and, as of the date of the filing of this action, $810,750.77 is due and owing. [Attached as Exhibit "A" is a true and correct copy of the

statement of account owed by defendant to Plaintiff.]

11. Plaintiff has made numerous demands for payment and defendant has refused to pay Plaintiff.

12. Plaintiff has suffered damages as a direct and legal result of Defendant's breaches in the amount of at least $810.750.77.

13. Plaintiff is entitled to an award of attorneys' fees under the "prevailing party" fee provisions of the parties' agreement.

## SECOND CLAIM FOR RELIEF
### (Quantum Meruit against Hapag)

14. Plaintiff incorporates paragraphs 1-6 as if fully set forth herein.

15. Hapag requested and Plaintiff provided drayage and other transportation services to defendant.

16. Hapag accepted the work and services performed for its benefit with the understanding and reasonable expectation that Plaintiff would be compensated for the services rendered. In fact, over the years, a custom and practice existed between the parties in which defendants would request plaintiff's services, plaintiff would provide those services, and Hapag would pay for them.

17. Plaintiff is entitled to payment for work and services rendered under the principles of quantum meruit and to prevent defendants' unjust enrichment.

# THIRD CLAIM FOR RELIEF

## (Open Book Account)

18. Plaintiff incorporates paragraphs 1-6 as if fully set forth herein.

19. Plaintiff has submitted to Hapag invoices for work and services rendered to defendant for drayage and other transportation and storage services.

20. Hapag has not protested or objected to the invoices or otherwise disputed their validity.

21. Hapag is indebted to Plaintiff on the open book account in the amount of $810,750.77. [Attached as Exhibit "A." is a true and correct copy of the account upon which this claim is based.]

22. Plaintiff is entitled to interest

**PLAINTIFF PRAYS** for judgment against all defendants as follows:

1. Damages in the amount of at least $810.750.77;

2. Attorneys' fees as the prevailing party under the terms of the parties' agreement and any other applicable law;

3   Cost of Suit; and

4. For such other and further relief as the Court may deem just and proper.

Dated: March 26, 2019                    Mastroianni Law Firm


                                         By:  /s/ A. Douglas Mastroianni
                                              A. Douglas Mastroianni
                                              Attorneys for Plaintiff

# EXH A

```
PAGE:   1              LINCOLN  TRANSPORTATION  SERVICES
                       250 W. MANVILLE ST., COMPTON, CA 90220
                         TEL:(310)609-1104  FAX:(310)609-1190

                              S T A T E M E N T                    03/25/19
                          CLOSING DATE: 03/25/19

                         FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.    INV NO  INV DATE  DUE DATE    INV AMT     BALANCE    OVER DUE     DAY
 ===============  ======  ========  ========  ==========  ==========  ==========   =====
 HLBU1192849      382040  03/24/17  04/23/17      488.00      488.00      488.00     701
 HLBU1203774      382688  03/28/17  04/27/17      488.00      488.00      488.00     697
 AMFU8566997      382689  03/28/17  04/27/17      488.00      488.00      488.00     697
 DRYU9062958      382690  03/28/17  04/27/17      488.00      488.00      488.00     697
 INKU6268380      382691  03/28/17  04/27/17      488.00      488.00      488.00     697
 TTNU5055940      394628  05/30/17  06/29/17      814.70      814.70      814.70     634
 TCNU7110983     7141909  08/13/18  09/12/18     1699.40     1699.40     1699.40     194
 TEMU1383830     7142435  08/14/18  09/13/18     1455.00     1455.00     1455.00     193
 HAMU1036574     7142686  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 FCIU4593820     7142687  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 FCIU2187668     7142688  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 HLBU1505199     7142689  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 FCIU4685931     7142690  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 CRXU3401598     7142691  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 BSIU2056285     7142692  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 BSIU2184347     7142693  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 HAMU1057495     7142694  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 BMOU2727984     7142695  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 CAIU6044923     7142696  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 GLDU5637008     7142697  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 CLHU2908555     7142698  08/15/18  09/14/18     1799.40     1799.40     1799.40     192
 HLXU3187828     7143092  08/17/18  09/16/18     2291.40     2291.40     2291.40     190
 HLXU8112101     7145879  08/31/18  09/30/18     1723.60     1723.60     1723.60     176
 TCNU9469545     7145962  08/31/18  09/30/18     2166.40     2166.40     2166.40     176
 UACU5490994     7145964  08/31/18  09/30/18     1699.40     1699.40     1699.40     176
 FSCU9300179     7146130  09/04/18  10/04/18     1674.40     1674.40     1674.40     172
 TRLU7042371     7146986  09/06/18  10/06/18      246.00      246.00      246.00     170
 UACU5490994     7146988  09/06/18  10/06/18      246.00      246.00      246.00     170
 HLXU6519551     7147207  09/07/18  10/07/18     1979.40      280.00      280.00     169
 TGHU1214149     7149483  09/19/18  11/03/18      874.50      874.50      874.50     142
 UACU5962339     7149484  09/19/18  11/03/18     1341.90     1341.90     1341.90     142
 UACU5530090     7149485  09/19/18  11/03/18      874.50      874.50      874.50     142
 UETU5435538     7149486  09/19/18  11/03/18     1699.40     1699.40     1699.40     142
 FSCU9416071     7149487  09/19/18  11/03/18     1069.50     1069.50     1069.50     142
 UACU3975872     7149758  09/19/18  11/03/18      874.50      874.50      874.50     142
 UACU5632229     7149772  09/19/18  11/03/18     1256.60     1256.60     1256.60     142
 XINU8118259     7149773  09/19/18  11/03/18     1256.60     1256.60     1256.60     142
 UACU8393690     7149792  09/19/18  11/03/18     1069.50     1069.50     1069.50     142
 TEMU7300448     7149825  09/19/18  11/03/18     1649.40     1649.40     1649.40     142
 HLXU8205478     7149826  09/19/18  11/03/18     1735.50     1735.50     1735.50     142
 UETU5435538     7149827  09/19/18  11/03/18     1735.50     1735.50     1735.50     142
 HLBU1966251     7149859  09/20/18  11/04/18     1649.40     1649.40     1649.40     141
 UACU8614379     7149860  09/20/18  11/04/18      874.50      874.50      874.50     141
```

```
PAGE:   2                LINCOLN  TRANSPORTATION  SERVICES
                         250 W. MANVILLE ST., COMPTON, CA 90220
                         TEL:(310)609-1104  FAX:(310)609-1190

                              S T A T E M E N T                          03/25/19
                           CLOSING DATE: 03/25/19

                         FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.   INV NO  INV DATE  DUE DATE    INV AMT     BALANCE    OVER DUE     DAY
 ===============  =======  ========  ========  ==========  ==========  ==========  =====
 HLXU8252335     7149861  09/20/18  11/04/18     1649.40     1649.40     1649.40     141
 UACU3975872     7149865  09/20/18  11/04/18     2314.40     2314.40     2314.40     141
 HLXU8393626     7150004  09/20/18  11/04/18     1170.50     1170.50     1170.50     141
 HLXU3752770     7150115  09/21/18  11/05/18     1649.40     1649.40     1649.40     140
 TTNU4897179     7150116  09/21/18  11/05/18     1945.40     1945.40     1945.40     140
 TCLU1178192     7150117  09/21/18  11/05/18     1893.60     1893.60     1893.60     140
 TTNU4941440     7150118  09/21/18  11/05/18     1069.50     1069.50     1069.50     140
 INKU6445551     7150119  09/21/18  11/05/18     1698.60     1698.60     1698.60     140
 TGHU6174497     7150201  09/21/18  11/05/18     3113.90     3113.90     3113.90     140
 TCLU5997085     7150202  09/21/18  11/05/18     2191.40     2191.40     2191.40     140
 TGHU8224323     7151158  09/26/18  11/10/18     1699.40     1699.40     1699.40     135
 HLXU8600488     7152668  10/04/18  11/18/18      924.50      924.50      924.50     127
 HLXU8182454     7153948  10/11/18  11/25/18     1045.00     1045.00     1045.00     120
 HLXU3142799     7155060  10/17/18  12/01/18      300.00      300.00      300.00     114
 BHCU4928320     7155314  10/17/18  12/01/18     1596.80     1596.80     1596.80     114
 GESU5561755     7155315  10/17/18  12/01/18     1971.05     1971.05     1971.05     114
 CAXU8046613     7155316  10/17/18  12/01/18     6112.75     6112.75     6112.75     114
 TGHU8065176     7155317  10/17/18  12/01/18     5364.25     5364.25     5364.25     114
 TGHU5157617     7155318  10/17/18  12/01/18     3817.35     3817.35     3817.35     114
 GESU4646987     7155319  10/17/18  12/01/18     3093.80     3093.80     3093.80     114
 GLDU9368355     7155320  10/17/18  12/01/18     5713.55     5713.55     5713.55     114
 TCLU5433465     7155321  10/17/18  12/01/18     2420.15     2420.15     2420.15     114
 HAMU1145805     7155322  10/17/18  12/01/18     2594.80     2594.80     2594.80     114
 UACU8613747     7155324  10/17/18  12/01/18     1546.90     1546.90     1546.90     114
 BMOU5621656     7155326  10/17/18  12/01/18     2969.05     2969.05     2969.05     114
 HLXU5367726     7155327  10/17/18  12/01/18     2395.20     2395.20     2395.20     114
 UACU5993263     7155328  10/17/18  12/01/18     4016.95     4016.95     4016.95     114
 CAIU8357850     7155329  10/17/18  12/01/18     3118.75     3118.75     3118.75     114
 HLBU1144368     7155330  10/17/18  12/01/18     5863.25     5863.25     5863.25     114
 AMFU8724578     7155331  10/17/18  12/01/18     2420.15     2420.15     2420.15     114
 FCIU7344815     7155332  10/17/18  12/01/18     3318.35     3318.35     3318.35     114
 UACU8307705     7155334  10/17/18  12/01/18     8797.05     8797.05     8797.05     114
 HLXU6504377     7155336  10/17/18  12/01/18     2646.90     2646.90     2646.90     114
 FDCU0177320     7155337  10/17/18  12/01/18     3295.65     3295.65     3295.65     114
 FDCU0146187     7155339  10/17/18  12/01/18     6020.40     6020.40     6020.40     114
 CPSU6451642     7155341  10/17/18  12/01/18     1375.35     1375.35     1375.35     114
 FSCU9839915     7155344  10/17/18  12/01/18     3503.25     3503.25     3503.25     114
 TCLU9550372     7155345  10/17/18  12/01/18     9783.15     9783.15     9783.15     114
 HAMU1294218     7155346  10/17/18  12/01/18     3581.10     3581.10     3581.10     114
 HLXU8584751     7155347  10/17/18  12/01/18     3295.65     3295.65     3295.65     114
 CAIU8049082     7155348  10/17/18  12/01/18     3321.60     3321.60     3321.60     114
 IKSU8665186     7155382  10/17/18  12/01/18     2439.30     2439.30     2439.30     114
 HLXU6241985     7155383  10/17/18  12/01/18      389.25      389.25      389.25     114
```

```
PAGE:    3                LINCOLN TRANSPORTATION SERVICES
                         250 W. MANVILLE ST., COMPTON, CA 90220
                         TEL:(310)609-1104  FAX:(310)609-1190

                              S T A T E M E N T                         03/25/19
                            CLOSING DATE: 03/25/19

                         FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.   INV NO  INV DATE DUE DATE  INV AMT     BALANCE    OVER DUE     DAY
 ===============  =======  ======== ========  ==========  ==========  ==========  =====
 GESU6421491     7155384 10/17/18 12/01/18    2543.10     2543.10     2543.10     114
 UACU5738714     7155385 10/17/18 12/01/18     233.55      233.55      233.55     114
 UACU5519547     7155386 10/17/18 12/01/18      77.85       77.85       77.85     114
 BMOU5250848     7155387 10/17/18 12/01/18     804.45      804.45      804.45     114
 HLBU1999255     7156449 10/23/18 12/07/18    1170.50     1170.50     1170.50     108
 FCIU2582106     7156598 10/24/18 12/08/18    1948.60     1948.60     1948.60     107
 UACU5312523     7158212 10/31/18 12/15/18    2264.40     2264.40     2264.40     100
 FSCU4537614     7159592 11/06/18 12/06/18     233.55      233.55      233.55     109
 HLXU5297167     7159593 11/06/18 12/21/18     129.75      129.75      129.75      94
 UACU5929623     7159594 11/06/18 12/06/18     129.75      129.75      129.75     109
 CLHU4638778     7159595 11/06/18 12/21/18     155.70      155.70      155.70      94
 HLBU1129975     7159596 11/06/18 12/21/18     207.60      207.60      207.60      94
 TRLU8607960     7159597 11/06/18 12/06/18     207.60      207.60      207.60     109
 TCLU4462577     7159598 11/06/18 12/21/18     207.60      207.60      207.60      94
 UACU8503190     7159599 11/06/18 12/21/18     155.70      155.70      155.70      94
 GVCU4042969     7159600 11/06/18 12/21/18     181.65      181.65      181.65      94
 TCNU5062356     7159605 11/06/18 12/21/18     311.40      311.40      311.40      94
 HLBU1806211     7159606 11/06/18 12/21/18     337.35      337.35      337.35      94
 FSCU9248213     7159607 11/06/18 12/21/18     285.45      285.45      285.45      94
 TCKU6565010     7159608 11/06/18 12/21/18     337.35      337.35      337.35      94
 TLLU5290470     7159609 11/06/18 12/21/18     233.55      233.55      233.55      94
 TCKU6458455     7159610 11/06/18 12/21/18     337.35      337.35      337.35      94
 TRLU6904661     7159611 11/06/18 12/21/18     337.35      337.35      337.35      94
 UACU3933080     7159612 11/06/18 12/21/18     129.75      129.75      129.75      94
 TGBU2622164     7159613 11/06/18 12/21/18     363.30      363.30      363.30      94
 HLXU6545191     7160050 11/08/18 12/23/18    1822.40     1822.40     1822.40      92
 HLBU1509996     7160054 11/08/18 12/23/18    1994.00     1994.00     1994.00      92
 BMOU3075392     7160063 11/08/18 12/23/18    1906.80     1906.80     1906.80      92
 TGCU2094986     7160068 11/08/18 12/23/18    1812.20     1812.20     1812.20      92
 TGCU2094965     7160069 11/08/18 12/23/18    1812.20     1812.20     1812.20      92
 BEAU4928767     7160406 11/08/18 12/23/18    1170.50     1170.50     1170.50      92
 DRYU9751197     7160408 11/08/18 12/23/18    1712.20     1712.20     1712.20      92
 HAMU1223404     7160409 11/08/18 12/23/18    1170.50     1170.50     1170.50      92
 HLBU1356860     7160410 11/08/18 12/23/18    1170.50     1170.50     1170.50      92
 TCKU6045301     7160411 11/08/18 12/23/18    1256.60     1256.60     1256.60      92
 CAIU8487849     7160412 11/08/18 12/23/18    1256.60     1256.60     1256.60      92
 HLBU1614667     7160413 11/08/18 12/23/18    1960.20     1960.20     1960.20      92
 FDCU0138685     7160418 11/08/18 12/23/18    1340.20     1340.20     1340.20      92
 HLXU8344982     7160419 11/08/18 12/23/18    1265.80     1265.80     1265.80      92
 HLXU8562768     7160432 11/08/18 12/23/18    1945.40     1945.40     1945.40      92
 TGHU9809708     7160433 11/08/18 12/23/18    2357.90     2357.90     2357.90      92
 UACU5461255     7160434 11/08/18 12/23/18    2282.90     2282.90     2282.90      92
 HLBU9028940     7160675 11/09/18 12/24/18    1712.20     1712.20     1712.20      91
```

```
PAGE:   4              LINCOLN TRANSPORTATION SERVICES
                      250 W. MANVILLE ST., COMPTON, CA 90220
                      TEL:(310)609-1104  FAX:(310)609-1190


                               S T A T E M E N T                      03/25/19
                           CLOSING DATE: 03/25/19


                        FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.    INV NO  INV DATE  DUE DATE   INV AMT     BALANCE    OVER DUE      DAY
 ===============  ======= ========  ========  ==========  ==========  ==========   =====
 HLBU9267559      7160676 11/09/18  12/24/18     1906.80     1906.80     1906.80      91
 TCLU4413090      7160679 11/09/18  12/24/18      940.52      940.52      940.52      91
 TCLU8980466      7160680 11/09/18  12/24/18     1588.20     1588.20     1588.20      91
 UACU4056936      7160792 11/09/18  12/24/18     1712.20     1712.20     1712.20      91
 UACU5172761      7160796 11/09/18  12/24/18      881.00      881.00      881.00      91
 TCKU2934281      7160798 11/09/18  12/24/18     1712.20     1712.20     1712.20      91
 TEMU1847715      7160803 11/09/18  12/24/18     1279.00     1279.00     1279.00      91
 FCIU6321950      7160806 11/09/18  12/24/18     1279.00     1279.00     1279.00      91
 XINU1139141      7160827 11/09/18  12/24/18     1179.00     1179.00     1179.00      91
 HLBU1182100      7160828 11/09/18  12/24/18     1960.20     1960.20     1960.20      91
 HLBU1339077      7160829 11/09/18  12/24/18     1256.60     1256.60     1256.60      91
 GESU2843821      7160830 11/09/18  12/24/18     1430.40     1430.40     1430.40      91
 FCIU3862349      7160831 11/09/18  12/24/18     2432.20     2432.20     2432.20      91
 XINU1416713      7160832 11/09/18  12/24/18     1812.20     1812.20     1812.20      91
 TEMU1856609      7160833 11/09/18  12/24/18     1812.20     1812.20     1812.20      91
 BMOU3086988      7160859 11/09/18  12/24/18     1179.00     1179.00     1179.00      91
 HLBU1257390      7160861 11/09/18  12/24/18     1179.00     1179.00     1179.00      91
 TTNU5350627      7160862 11/09/18  12/24/18     1256.60     1256.60     1256.60      91
 TCLU4126000      7160863 11/09/18  12/24/18     2332.20     2332.20     2332.20      91
 HLBU1534279      7160864 11/09/18  12/24/18     1699.40     1699.40     1699.40      91
 UACU8285247      7160865 11/09/18  12/24/18     1699.40     1699.40     1699.40      91
 UACU8347610      7160867 11/09/18  12/24/18     1179.00     1179.00     1179.00      91
 FSCU4494765      7160870 11/09/18  12/24/18     1960.20     1960.20     1960.20      91
 HLXU5182810      7160871 11/09/18  12/24/18     1179.00     1179.00     1179.00      91
 UACU8217129      7160872 11/09/18  12/24/18     1960.20     1960.20     1960.20      91
 TRLU4884479      7160873 11/09/18  12/24/18     2332.20     2332.20     2332.20      91
 HLBU9126123      7160905 11/12/18  12/27/18     1906.80     1906.80     1906.80      88
 TCNU7974492      7160906 11/12/18  12/27/18      881.00      881.00      881.00      88
 DRYU9150452      7161043 11/12/18  12/27/18     1170.50     1170.50     1170.50      88
 GSTU8719315      7161044 11/12/18  12/27/18     1179.00     1179.00     1179.00      88
 BMOU9202180      7161331 11/13/18  12/28/18     1906.80     1906.80     1906.80      87
 CPSU4069815      7161703 11/14/18  12/29/18      881.00      881.00      881.00      86
 HLXU8249120      7161704 11/14/18  12/29/18     1588.20     1588.20     1588.20      86
 BMOU4788443      7161705 11/14/18  12/29/18     1588.20     1588.20     1588.20      86
 HLXU6523989      7161706 11/14/18  12/29/18     1588.20     1588.20     1588.20      86
 UACU6037370      7161707 11/14/18  12/29/18     1588.20     1588.20     1588.20      86
 CLHU3821418      7161876 11/14/18  12/29/18     2308.20     2308.20     2308.20      86
 HLBU1515772      7161877 11/14/18  12/29/18     2308.20     2308.20     2308.20      86
 FCIU2167384      7162046 11/15/18  12/30/18     2233.80     2233.80     2233.80      85
 HLXU1159745      7162047 11/15/18  12/30/18     2233.80     2233.80     2233.80      85
 TCKU1524430      7162048 11/15/18  12/30/18     2233.80     2233.80     2233.80      85
 UACU4015686      7162049 11/15/18  12/30/18     2233.80     2233.80     2233.80      85
 HLXU3482248      7162050 11/15/18  12/30/18     1761.80     1761.80     1761.80      85
```

```
PAGE:   5             LINCOLN TRANSPORTATION SERVICES
                       250 W. MANVILLE ST., COMPTON, CA 90220
                         TEL:(310)609-1104  FAX:(310)609-1190


                              S T A T E M E N T                      03/25/19
                           CLOSING DATE: 03/25/19


                       FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.   INV NO  INV DATE  DUE DATE    INV AMT     BALANCE    OVER DUE    DAY
 ===============  =======  ========  ========  ==========  ==========  ==========  =====
 UACU3797235     7162051  11/15/18  12/30/18    2060.20    2060.20    2060.20      85
 CPSU1727086     7162052  11/15/18  12/30/18    1712.20    1712.20    1712.20      85
 HJMU8456216     7162053  11/15/18  12/30/18    1712.20    1712.20    1712.20      85
 GESU3864881     7162054  11/15/18  12/30/18    1712.20    1712.20    1712.20      85
 HLXU5136250     7162055  11/15/18  12/30/18    1908.50    1908.50    1908.50      85
 TCLU4486368     7162056  11/15/18  12/30/18    1908.50    1908.50    1908.50      85
 TRLU9454594     7162057  11/15/18  12/30/18    2277.50    2277.50    2277.50      85
 FSCU7240893     7162058  11/15/18  12/30/18    1817.20    1817.20    1817.20      85
 HAMU1150490     7162059  11/15/18  12/30/18    2062.20    2062.20    2062.20      85
 FCIU8074231     7162061  11/15/18  12/30/18    1459.80    1459.80    1459.80      85
 FCIU2160013     7162063  11/15/18  12/30/18    1761.80    1761.80    1761.80      85
 HLBU1104386     7162064  11/15/18  12/30/18    1994.00    1994.00    1994.00      85
 BEAU4928767     7162065  11/15/18  12/30/18     881.00     881.00     881.00      85
 GESU5603104     7162066  11/15/18  12/30/18     881.00     881.00     881.00      85
 TCLU1092946     7162067  11/15/18  12/30/18    1711.80    1711.80    1711.80      85
 HLBU9070955     7162068  11/15/18  12/30/18    1662.20    1662.20    1662.20      85
 TCNU8214616     7162427  11/16/18  12/31/18    1761.80    1761.80    1761.80      84
 UACU3787617     7162428  11/16/18  12/31/18    1737.00    1737.00    1737.00      84
 UACU3479851     7162429  11/16/18  12/31/18    1712.20    1712.20    1712.20      84
 GESU3909899     7162430  11/16/18  12/31/18    1712.20    1712.20    1712.20      84
 HLBU1824690     7162431  11/16/18  12/31/18    1712.20    1712.20    1712.20      84
 IPXU3901506     7162432  11/16/18  12/31/18    1712.20    1712.20    1712.20      84
 GESU5638184     7162509  11/16/18  12/31/18    1761.80    1761.80    1761.80      84
 TGHU9809708     7162510  11/16/18  12/31/18     881.00     881.00     881.00      84
 HAMU1223404     7162531  11/16/18  12/31/18     881.00     881.00     881.00      84
 TCLU2823599     7162655  11/19/18  01/03/19    1712.20    1712.20    1712.20      81
 HLXU6374782     7162656  11/19/18  01/03/19    1712.20    1712.20    1712.20      81
 UACU4108990     7162657  11/19/18  01/03/19    1712.20    1712.20    1712.20      81
 HLXU8562768     7162658  11/19/18  01/03/19     881.00     881.00     881.00      81
 TRLU9162822     7162659  11/19/18  01/03/19    1761.80    1761.80    1761.80      81
 HLXU1400240     7162660  11/19/18  01/03/19    2280.20    2280.20    2280.20      81
 HLXU8721936     7162661  11/19/18  01/03/19    1711.80    1711.80    1711.80      81
 HLBU1356860     7162863  11/19/18  01/03/19     881.00     881.00     881.00      81
 HLXU5086225     7162963  11/20/18  01/04/19    1131.00    1131.00    1131.00      80
 DRYU9150452     7162964  11/20/18  01/04/19     881.00     881.00     881.00      80
 CAIU8487849     7162965  11/20/18  01/04/19     881.00     881.00     881.00      80
 GESU5638184     7162966  11/20/18  01/04/19     881.00     881.00     881.00      80
 UACU8404623     7163037  11/20/18  01/04/19     881.00     881.00     881.00      80
 CPSU1744890     7163038  11/20/18  01/04/19    1812.20    1812.20    1812.20      80
 FBIU0097769     7163039  11/20/18  01/04/19    1712.20    1712.20    1712.20      80
 BMOU2271220     7163041  11/20/18  01/04/19    1812.20    1812.20    1812.20      80
 TCKU6045301     7163441  11/21/18  01/05/19     881.00     881.00     881.00      79
 TCLU4486368     7163442  11/21/18  01/05/19    1076.00    1076.00    1076.00      79
```

```
PAGE:    6               LINCOLN TRANSPORTATION SERVICES
                         250 W. MANVILLE ST., COMPTON, CA 90220
                         TEL:(310)609-1104  FAX:(310)609-1190


                              S T A T E M E N T                         03/25/19
                         CLOSING DATE: 03/25/19


                         FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.    INV NO  INV DATE DUE DATE    INV AMT     BALANCE    OVER DUE      DAY
 ================ ======= ======== ========  ==========  ==========  ==========   =====
 HLBU1614667      7163443 11/21/18 01/05/19      881.00      881.00      881.00      79
 HLXU6650704      7163747 11/21/18 01/05/19     1761.80     1761.80     1761.80      79
 TCLU7162911      7163748 11/21/18 01/05/19     1761.80     1761.80     1761.80      79
 TCNU1812745      7163762 11/21/18 01/05/19      881.00      881.00      881.00      79
 CNXU8455270      7163802 11/21/18 01/05/19     1662.20     1662.20     1662.20      79
 FSCU6359379      7164414 11/29/18 01/13/19       60.00       60.00       60.00      71
 HLBU1527390      7166143 12/06/18 01/20/19     1076.00     1076.00     1076.00      64
 HLXU8805240      7166144 12/06/18 01/20/19     1906.80     1906.80     1906.80      64
 BMOU3086988      7166145 12/06/18 01/20/19     1076.00     1076.00     1076.00      64
 TGCU2099709      7166146 12/06/18 01/20/19     1712.20     1712.20     1712.20      64
 UACU5939534      7166147 12/06/18 01/20/19     1616.50     1616.50     1616.50      64
 XINU1139141      7166149 12/07/18 01/21/19      881.00      881.00      881.00      63
 UACU5162640      7166150 12/07/18 01/21/19      881.00      881.00      881.00      63
 TTNU5350627      7166151 12/07/18 01/21/19      940.52      940.52      940.52      63
 TRLU9452863      7166152 12/07/18 01/21/19     1783.20     1783.20     1783.20      63
 HLXU5392626      7166153 12/07/18 01/21/19     1783.20     1783.20     1783.20      63
 UACU8563116      7166154 12/07/18 01/21/19     1783.20     1783.20     1783.20      63
 HLBU1344427      7166155 12/07/18 01/21/19     2332.20     2332.20     2332.20      63
 HLBU8077981      7166156 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 UACU5101198      7166157 12/07/18 01/21/19      940.52      940.52      940.52      63
 TGHU2927294      7166158 12/07/18 01/21/19     1761.80     1761.80     1761.80      63
 FSCU7606149      7166159 12/07/18 01/21/19     2060.20     2060.20     2060.20      63
 GSTU8719315      7166160 12/07/18 01/21/19      881.00      881.00      881.00      63
 UACU8280754      7166161 12/07/18 01/21/19     1076.00     1076.00     1076.00      63
 HLBU1339077      7166162 12/07/18 01/21/19      881.00      881.00      881.00      63
 CAIU8086297      7166163 12/07/18 01/21/19      881.00      881.00      881.00      63
 TCLU9553520      7166164 12/07/18 01/21/19      881.00      881.00      881.00      63
 HLXU8208163      7166165 12/07/18 01/21/19      881.00      881.00      881.00      63
 HLXU5136250      7166166 12/07/18 01/21/19      881.00      881.00      881.00      63
 TLLU5945433      7166167 12/07/18 01/21/19     1960.20     1960.20     1960.20      63
 TEMU4861701      7166168 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 TCKU3712720      7166169 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 UACU8217129      7166170 12/07/18 01/21/19      881.00      881.00      881.00      63
 HLXU5655527      7166171 12/07/18 01/21/19     1799.00     1799.00     1799.00      63
 UACU5049340      7166173 12/07/18 01/21/19      881.00      881.00      881.00      63
 HLXU6480640      7166174 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 BEAU4997011      7166175 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 TGHU9624670      7166176 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 BEAU4935302      7166177 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 SEGU5711973      7166178 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 GLDU9977789      7166179 12/07/18 01/21/19     1712.20     1712.20     1712.20      63
 HLXU1405263      7166180 12/07/18 01/21/19     2332.20     2332.20     2332.20      63
 GESU6415210      7166181 12/07/18 01/21/19      881.00      881.00      881.00      63
```

```
PAGE:    7                LINCOLN TRANSPORTATION SERVICES
                         250 W. MANVILLE ST., COMPTON, CA 90220
                          TEL:(310)609-1104  FAX:(310)609-1190

                                  S T A T E M E N T                      03/25/19
                              CLOSING DATE: 03/25/19

                           FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.    INV NO  INV DATE  DUE DATE   INV AMT    BALANCE    OVER DUE     DAY
 ===============  ======= ========  ========  ==========  ==========  ==========   =====
 TCNU8229051      7166182 12/07/18  01/21/19     1960.20    1960.20    1960.20     63
 HLXU5182810      7166187 12/07/18  01/21/19      881.00     881.00     881.00     63
 FSCU4494765      7166188 12/07/18  01/21/19      881.00     881.00     881.00     63
 HLBU1817535      7166189 12/07/18  01/21/19      881.00     881.00     881.00     63
 TGCU2094693      7166193 12/07/18  01/21/19     1712.20    1712.20    1712.20     63
 TRLU8799647      7166194 12/07/18  01/21/19     1170.50    1170.50    1170.50     63
 TCNU7547042      7166195 12/07/18  01/21/19      881.00     881.00     881.00     63
 HLXU8428949      7166344 12/07/18  01/21/19     2332.20    2332.20    2332.20     63
 HLBU1817535      7166345 12/07/18  01/21/19     2332.20    2332.20    2332.20     63
 HLXU6542490      7166346 12/07/18  01/21/19     2332.20    2332.20    2332.20     63
 QIBU1243531      7166529 12/07/18  01/21/19     1699.40    1699.40    1699.40     63
 SEGU5624009      7166530 12/07/18  01/21/19     1265.80    1265.80    1265.80     63
 TCLU8658038      7166531 12/07/18  01/21/19     1265.80    1265.80    1265.80     63
 CXDU1040251      7166537 12/10/18  01/24/19      881.00     881.00     881.00     60
 TGBU6913419      7166538 12/10/18  01/24/19      940.52     940.52     940.52     60
 TCNU8229051      7166539 12/10/18  01/24/19      881.00     881.00     881.00     60
 HLXU5604366      7166540 12/10/18  01/24/19     1799.00    1799.00    1799.00     60
 HLXU1251002      7166541 12/10/18  01/24/19     2332.20    2332.20    2332.20     60
 GESU2843821      7166542 12/10/18  01/24/19      881.00     881.00     881.00     60
 FCIU6488320      7167120 12/11/18  01/25/19     1712.20    1712.20    1712.20     59
 FCIU6488572      7167121 12/11/18  01/25/19     1712.20    1712.20    1712.20     59
 UACU5699217      7167267 12/12/18  01/26/19      881.00     881.00     881.00     58
 UACU5939534      7167268 12/12/18  01/26/19      881.00     881.00     881.00     58
 UACU5168709      7167269 12/12/18  01/26/19      881.00     881.00     881.00     58
 FCIU2661484      7167270 12/12/18  01/26/19     1712.20    1712.20    1712.20     58
 TRLU8799647      7167445 12/12/18  01/26/19      881.00     881.00     881.00     58
 HAMU1009250      7167459 12/12/18  01/26/19     1812.20    1812.20    1812.20     58
 FCIU6321950      7167460 12/12/18  01/26/19      856.00     856.00     856.00     58
 UAEU1254128      7167619 12/13/18  01/27/19     1906.80    1906.80    1906.80     57
 UACU8504509      7167620 12/13/18  01/27/19     1501.00    1501.00    1501.00     57
 TCLU4141828      7167621 12/13/18  01/27/19     1783.20    1783.20    1783.20     57
 FSCU4466850      7167622 12/13/18  01/27/19     1783.20    1783.20    1783.20     57
 HLBU1138318      7167623 12/13/18  01/27/19     1783.20    1783.20    1783.20     57
 UACU3481252      7167624 12/13/18  01/27/19     1812.20    1812.20    1812.20     57
 TCLU9182687      7167826 12/13/18  01/27/19     1179.00    1179.00    1179.00     57
 FSCU4807936      7167827 12/13/18  01/27/19     1179.00    1179.00    1179.00     57
 UACU8347610      7167832 12/13/18  01/27/19     2206.80    2206.80    2206.80     57
 HLBU1630570      7167952 12/14/18  01/28/19     1836.20    1836.20    1836.20     56
 HLBU9263065      7168726 12/18/18  02/01/19     1906.80    1906.80    1906.80     52
 UACU8378118      7168729 12/18/18  02/01/19     1179.00    1179.00    1179.00     52
 UACU8587123      7168730 12/18/18  02/01/19     1179.00    1179.00    1179.00     52
 HLXU3117728      7168972 12/19/18  02/02/19     2208.20    2208.20    2208.20     51
 TGBU5803443      7168973 12/19/18  02/02/19     1712.20    1712.20    1712.20     51
```

```
PAGE:    8              LINCOLN  TRANSPORTATION  SERVICES
                         250 W. MANVILLE ST., COMPTON, CA 90220
                          TEL:(310)609-1104  FAX:(310)609-1190

                              S T A T E M E N T                            03/25/19
                           CLOSING DATE: 03/25/19

                         FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.   INV NO  INV DATE DUE DATE   INV AMT    BALANCE    OVER DUE     DAY
 ===============  =======  ======== ========  ==========  ==========  ==========  =====
 UACU8354899     7169124 12/19/18 02/02/19    1179.00    1179.00    1179.00      51
 HLBU1269853     7169125 12/19/18 02/02/19    1179.00    1179.00    1179.00      51
 UACU3580656     7169126 12/19/18 02/02/19    2332.20    2332.20    2332.20      51
 TCKU4501763     7169319 12/20/18 02/03/19    1076.00    1076.00    1076.00      50
 TCLU4478362     7169320 12/20/18 02/03/19    1960.20    1960.20    1960.20      50
 UACU8354899     7169412 12/20/18 02/03/19     881.00     881.00     881.00      50
 UACU8587123     7169413 12/20/18 02/03/19     881.00     881.00     881.00      50
 HLBU1227930     7169559 12/20/18 02/03/19    2094.00    2094.00    2094.00      50
 TEMU7532947     7169680 12/21/18 02/04/19    1179.00    1179.00    1179.00      49
 TCLU5534769     7169682 12/21/18 02/04/19    1179.00    1179.00    1179.00      49
 HAMU1007302     7170085 12/26/18 02/09/19    2233.68    2233.68    2233.68      44
 GESU3291769     7170086 12/26/18 02/09/19    2233.68    2233.68    2233.68      44
 HLBU1236063     7170087 12/26/18 02/09/19    2233.68    2233.68    2233.68      44
 UACU5209813     7170512 12/27/18 02/10/19    1699.40    1699.40    1699.40      43
 GESU4365716     7170513 12/27/18 02/10/19    1699.40    1699.40    1699.40      43
 FSCU6875014     7170514 12/27/18 02/10/19    1699.40    1699.40    1699.40      43
 UACU5253550     7170515 12/27/18 02/10/19    1699.40    1699.40    1699.40      43
 HLBU1434937     7170516 12/27/18 02/10/19    1699.40    1699.40    1699.40      43
 TGHU6233476     7170517 12/27/18 02/10/19    1699.40    1699.40    1699.40      43
 HLXU5651650     7170518 12/27/18 02/10/19    1712.20    1712.20    1712.20      43
 HLXU5643758     7170519 12/27/18 02/10/19    1712.20    1712.20    1712.20      43
 UACU4419857     7170520 12/27/18 02/10/19    1712.20    1712.20    1712.20      43
 HLXU5636044     7170521 12/27/18 02/10/19    1712.20    1712.20    1712.20      43
 TCLU4118598     7171384 01/02/19 02/16/19    2332.20    2332.20    2332.20      37
 CAIU6044970     7171461 01/02/19 02/16/19    2332.20    2332.20    2332.20      37
 HLXU8485635     7171463 01/02/19 02/16/19    1265.80    1265.80    1265.80      37
 HLXU1238778     7171928 01/04/19 02/18/19    1761.80    1761.80    1761.80      35
 CAIU8187775     7171931 01/04/19 02/18/19    1960.20    1960.20    1960.20      35
 TCLU4478280     7172227 01/08/19 02/22/19    1799.00    1799.00    1799.00      31
 HLXU8133357     7172230 01/08/19 02/22/19    1945.40    1945.40    1945.40      31
 HLBU2078759     7172231 01/08/19 02/22/19    1945.40    1945.40    1945.40      31
 HLXU8451091     7172240 01/08/19 02/22/19    1379.00    1379.00    1379.00      31
 TCLU5098310     7172249 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 HLXU8353599     7172250 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 HLBU1418480     7172252 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 UACU5443694     7172253 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 TCNU3760023     7172254 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 BMOU4230739     7172255 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 HLXU3227710     7172536 01/08/19 02/22/19    1812.20    1812.20    1812.20      31
 FCIU3372167     7172538 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 FBIU0487725     7172540 01/08/19 02/22/19    1712.20    1712.20    1712.20      31
 UACU8388409     7172761 01/09/19 02/23/19    1374.00    1374.00    1374.00      30
 TTNU5352867     7172763 01/09/19 02/23/19    1179.00    1179.00    1179.00      30
```

```
PAGE:   9            LINCOLN  TRANSPORTATION  SERVICES
                      250 W. MANVILLE ST., COMPTON, CA 90220
                        TEL:(310)609-1104  FAX:(310)609-1190


                              S T A T E M E N T                        03/25/19
                          CLOSING DATE: 03/25/19


                      FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.    INV NO  INV DATE  DUE DATE    INV AMT     BALANCE    OVER DUE    DAY
 ================ ======= ========  ========  ==========  ==========  ==========  =====
 UACU5914937      7172764 01/09/19  02/23/19     1956.80      496.00      496.00    30
 UACU5887620      7172765 01/09/19  02/23/19     1956.80      496.00      496.00    30
 HAMU1153204      7172766 01/09/19  02/23/19     1956.80      496.00      496.00    30
 CAIU9149260      7172767 01/09/19  02/23/19     1956.80      496.00      496.00    30
 FSCU9523038      7172768 01/09/19  02/23/19     1956.80      496.00      496.00    30
 FDCU0194992      7172790 01/09/19  02/23/19     1836.20     1836.20     1836.20    30
 TCNU6019499      7172791 01/09/19  02/23/19     1179.00     1179.00     1179.00    30
 FCIU9105430      7172794 01/09/19  02/23/19     2208.20     2208.20     2208.20    30
 FSCU7186494      7172795 01/09/19  02/23/19     1836.20     1836.20     1836.20    30
 GESU4577715      7172800 01/09/19  02/23/19     1699.40     1699.40     1699.40    30
 UACU5667565      7172801 01/09/19  02/23/19     1699.40     1699.40     1699.40    30
 FDCU0005928      7172802 01/09/19  02/23/19     1699.40     1699.40     1699.40    30
 UACU5753344      7172803 01/09/19  02/23/19     1699.40     1699.40     1699.40    30
 GVCU4059534      7172805 01/09/19  02/23/19     1179.00     1179.00     1179.00    30
 CAIU4070646      7172809 01/09/19  02/23/19     1179.00     1179.00     1179.00    30
 HLXU3335910      7172810 01/09/19  02/23/19     1179.00     1179.00     1179.00    30
 HLXU5378504      7173267 01/10/19  02/24/19     2314.40      369.00      369.00    29
 HLXU1379652      7173702 01/11/19  02/25/19     1861.80     1861.80     1861.80    28
 UACU3500239      7173964 01/11/19  02/25/19     2332.20     2332.20     2332.20    28
 TCNU9422975      7174327 01/15/19  03/01/19      881.00      881.00      881.00    24
 TCKU1755980      7174614 01/16/19  03/02/19     1956.80     1956.80     1956.80    23
 HLBU8032760      7174615 01/16/19  03/02/19     1699.40     1699.40     1699.40    23
 HLXU6659173      7174616 01/16/19  03/02/19     1699.40     1699.40     1699.40    23
 HLXU6660317      7174617 01/16/19  03/02/19     1699.40     1699.40     1699.40    23
 UACU3899561      7174891 01/16/19  03/02/19     2045.40     2045.40     2045.40    23
 HLXU3379570      7175578 01/21/19  03/07/19     2208.20     2208.20     2208.20    18
 UACU3899561      7175579 01/21/19  03/07/19     1141.40     1141.40     1141.40    18
 TCLU4274158      7175580 01/21/19  03/07/19      881.00      881.00      881.00    18
 CLHU3923765      7175581 01/21/19  03/07/19     1799.40     1799.40     1799.40    18
 HLXU8485635      7175582 01/21/19  03/07/19      856.00      856.00      856.00    18
 GESU6300838      7175937 01/21/19  03/07/19     1179.00     1179.00     1179.00    18
 HLXU5657303      7175943 01/22/19  03/08/19     1712.00     1712.00     1712.00    17
 FCIU2187539      7175944 01/22/19  03/08/19      881.00      881.00      881.00    17
 UACU5384354      7175945 01/22/19  03/08/19     1930.60     1930.60     1930.60    17
 UACU5091762      7175946 01/22/19  03/08/19     1930.60     1930.60     1930.60    17
 CAIU4070646      7176291 01/22/19  03/08/19     1478.00     1478.00     1478.00    17
 GVCU4059534      7176292 01/22/19  03/08/19     1478.00     1478.00     1478.00    17
 TCKU1755980      7176348 01/23/19  03/09/19      881.00      881.00      881.00    16
 HLXU3335910      7176349 01/23/19  03/09/19      881.00      881.00      881.00    16
 TCNU8091091      7176350 01/23/19  03/09/19     1699.40     1699.40     1699.40    16
 TEMU4440940      7176605 01/23/19  03/09/19     1930.60     1930.60     1930.60    16
 UACU4742237      7176606 01/23/19  03/09/19     1686.60     1686.60     1686.60    16
 HLXU8107954      7176683 01/24/19  03/10/19      881.00      881.00      881.00    15
```

```
PAGE: 10                 LINCOLN TRANSPORTATION SERVICES
                       250 W. MANVILLE ST., COMPTON, CA 90220
                       TEL:(310)609-1104  FAX:(310)609-1190

                              S T A T E M E N T                          03/25/19
                          CLOSING DATE: 03/25/19

                         FOR: HAPAG LLOYD (AMERICA)INC.
```

| REFERENCE NO. | INV NO | INV DATE | DUE DATE | INV AMT | BALANCE | OVER DUE | DAY |
|---|---|---|---|---|---|---|---|
| HLXU1379652 | 7176932 | 01/24/19 | 03/10/19 | 1081.00 | 1081.00 | 1081.00 | 15 |
| FSCU4807936 | 7176933 | 01/24/19 | 03/10/19 | 881.00 | 881.00 | 881.00 | 15 |
| GLDU7548168 | 7176934 | 01/24/19 | 03/10/19 | 1735.40 | 1735.40 | 1735.40 | 15 |
| UACU8378648 | 7176935 | 01/24/19 | 03/10/19 | 1712.20 | 1712.20 | 1712.20 | 15 |
| HJMU2136787 | 7176936 | 01/24/19 | 03/10/19 | 1748.60 | 1748.60 | 1748.60 | 15 |
| SEGU9051395 | 7176979 | 01/25/19 | 03/11/19 | 1636.60 | 1636.60 | 1636.60 | 14 |
| CAIU2240363 | 7176980 | 01/25/19 | 03/11/19 | 1837.00 | 1837.00 | 1837.00 | 14 |
| SCZU7948859 | 7176982 | 01/25/19 | 03/11/19 | 1712.20 | 1712.20 | 1712.20 | 14 |
| WWWU9801520 | 7177168 | 01/25/19 | 03/11/19 | 1785.50 | 1785.50 | 1785.50 | 14 |
| TGHU9571013 | 7177241 | 01/28/19 | 03/14/19 | 1943.60 | 1943.60 | 1943.60 | 11 |
| BMOU5496739 | 7177242 | 01/28/19 | 03/14/19 | 1451.60 | 1451.60 | 1451.60 | 11 |
| SEGU5766282 | 7177243 | 01/28/19 | 03/14/19 | 1943.60 | 1943.60 | 1943.60 | 11 |
| TCLU9968742 | 7177244 | 01/28/19 | 03/14/19 | 1943.60 | 1943.60 | 1943.60 | 11 |
| TGCU0152975 | 7177245 | 01/28/19 | 03/14/19 | 1799.00 | 1799.00 | 1799.00 | 11 |
| FCIU7498786 | 7177246 | 01/28/19 | 03/14/19 | 1712.20 | 1712.20 | 1712.20 | 11 |
| HLBU9121564 | 7177247 | 01/28/19 | 03/14/19 | 1910.20 | 1910.20 | 1910.20 | 11 |
| UACU5640055 | 7177248 | 01/28/19 | 03/14/19 | 881.00 | 881.00 | 881.00 | 11 |
| FCIU2726250 | 7177249 | 01/28/19 | 03/14/19 | 2045.40 | 2045.40 | 2045.40 | 11 |
| CAIU8516628 | 7177780 | 01/29/19 | 03/15/19 | 1712.20 | 1712.20 | 1712.20 | 10 |
| UACU5266897 | 7177781 | 01/29/19 | 03/15/19 | 1881.80 | 1881.80 | 1881.80 | 10 |
| TCNU9148421 | 7177798 | 01/29/19 | 03/15/19 | 1799.00 | 1799.00 | 1799.00 | 10 |
| UACU6040076 | 7177799 | 01/29/19 | 03/15/19 | 1712.20 | 1712.20 | 1712.20 | 10 |
| FCIU7492290 | 7177800 | 01/29/19 | 03/15/19 | 1799.00 | 1799.00 | 1799.00 | 10 |
| FCIU7496063 | 7177801 | 01/29/19 | 03/15/19 | 1799.00 | 1799.00 | 1799.00 | 10 |
| CAIU8921003 | 7177802 | 01/29/19 | 03/15/19 | 1761.80 | 1761.80 | 1761.80 | 10 |
| DRYU9007821 | 7177803 | 01/29/19 | 03/15/19 | 1712.20 | 1712.20 | 1712.20 | 10 |
| TCKU6029677 | 7177804 | 01/29/19 | 03/15/19 | 1881.80 | 1881.80 | 1881.80 | 10 |
| HLBU1609721 | 7178014 | 01/30/19 | 03/16/19 | 2208.20 | 2208.20 | 2208.20 | 9 |
| TGHU9618928 | 7178015 | 01/30/19 | 03/16/19 | 1761.80 | 1761.80 | 1761.80 | 9 |
| TCNU9892285 | 7178016 | 01/30/19 | 03/16/19 | 1729.70 | 1729.70 | 1729.70 | 9 |
| HLXU8357697 | 7178017 | 01/30/19 | 03/16/19 | 1729.70 | 1729.70 | 1729.70 | 9 |
| FCIU7496823 | 7178018 | 01/30/19 | 03/16/19 | 1712.20 | 1712.20 | 1712.20 | 9 |
| TTNU5352867 | 7178163 | 01/30/19 | 03/16/19 | 881.00 | 881.00 | 881.00 | 9 |
| UACU5783354 | 7178257 | 01/30/19 | 03/16/19 | 1881.80 | 1881.80 | 1881.80 | 9 |
| TCLU7592091 | 7178258 | 01/30/19 | 03/16/19 | 1712.20 | 1712.20 | 1712.20 | 9 |
| HAMU1291380 | 7178259 | 01/30/19 | 03/16/19 | 1761.80 | 1761.80 | 1761.80 | 9 |
| SLSU8026553 | 7178314 | 01/31/19 | 03/17/19 | 1712.20 | 1712.20 | 1712.20 | 8 |
| CPSU6428004 | 7178374 | 01/31/19 | 03/17/19 | 868.00 | 868.00 | 868.00 | 8 |
| WWWU9801520 | 7178375 | 01/31/19 | 03/17/19 | 868.00 | 868.00 | 868.00 | 8 |
| UACU8388409 | 7178612 | 01/31/19 | 03/17/19 | 881.00 | 881.00 | 881.00 | 8 |
| CPSU1796169 | 7178644 | 02/01/19 | 03/18/19 | 1712.20 | 1712.20 | 1712.20 | 7 |
| HLXU5150772 | 7178794 | 02/01/19 | 03/18/19 | 1761.80 | 1761.80 | 1761.80 | 7 |
| HLXU6377631 | 7178795 | 02/01/19 | 03/18/19 | 1712.20 | 1712.20 | 1712.20 | 7 |

```
PAGE: 11                 LINCOLN TRANSPORTATION SERVICES
                        250 W. MANVILLE ST., COMPTON, CA 90220
                         TEL:(310)609-1104  FAX:(310)609-1190

                               S T A T E M E N T                          03/25/19
                             CLOSING DATE: 03/25/19

                          FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.    INV NO  INV DATE  DUE DATE    INV AMT     BALANCE     OVER DUE     DAY
 ===============  =======  ========  ========  ==========  ==========  ==========   =====
 HLXU3616310      7178973 02/04/19  03/21/19     2174.60     2174.60     2174.60        4
 HLXU3465106      7179232 02/06/19  03/23/19     1699.40     1699.40     1699.40        2
 HLXU9004821      7179611 02/06/19  03/23/19     1699.40     1699.40     1699.40        2
 HLXU9008350      7179612 02/06/19  03/23/19     1699.40     1699.40     1699.40        2
 HLBU1593712      7179613 02/06/19  03/23/19     1699.40     1699.40     1699.40        2
 TRLU7129487      7179839 02/06/19  03/23/19     1699.40     1699.40     1699.40        2
 HLBU8074112      7180052 02/07/19  03/24/19     1899.40     1899.40     1899.40        1
 UACU3181070      7180328 02/08/19  03/25/19     1855.20     1855.20     1855.20
 UACU3966844      7180329 02/08/19  03/25/19     1855.20     1855.20     1855.20
 UACU3976544      7180638 02/11/19  03/28/19     1761.80     1761.80
 BHCU4930966      7180639 02/11/19  03/28/19     2332.20     2332.20
 FSCU9982166      7180640 02/11/19  03/28/19     1748.60     1748.60
 UACU8429853      7180641 02/11/19  03/28/19     1712.20     1712.20
 SEGU5444671      7180642 02/11/19  03/28/19     1699.40     1699.40
 HAMU1218537      7180643 02/11/19  03/28/19     2401.40     2401.40
 UACU5940978      7180705 02/12/19  03/29/19     2174.60     2174.60
 GESU3866837      7181180 02/13/19  03/30/19     1812.20     1812.20
 TEMU2206470      7181181 02/13/19  03/30/19     1712.20     1712.20
 SEGU5467738      7181256 02/13/19  03/30/19     1960.20     1960.20
 FCIU6314061      7181318 02/14/19  03/31/19     1799.40     1799.40
 HLBU8055093      7182461 02/20/19  04/06/19     1686.60     1686.60
 HLBU1718260      7182462 02/20/19  04/06/19     1712.20     1712.20
 UACU8609367      7182641 02/20/19  04/06/19     2884.65     2884.65
 UACU3930100      7182646 02/20/19  04/06/19     1848.60     1848.60
 HLXU1084100      7182647 02/20/19  04/06/19     1848.60     1848.60
 HLXU6554932      7182755 02/21/19  04/07/19     1712.20     1712.20
 UACU3450740      7182756 02/21/19  04/07/19     1799.40     1799.40
 HLBU1547255      7182903 02/21/19  04/07/19     1699.40     1699.40
 TGCU2104071      7183187 02/22/19  04/08/19     1699.40     1699.40
 FCIU8561250      7183188 02/22/19  04/08/19     1686.60     1686.60
 HLXU8170279      7183189 02/22/19  04/08/19     1699.40     1699.40
 HLXU8236709      7183190 02/22/19  04/08/19     1699.40     1699.40
 UACU8343596      7183353 02/25/19  04/11/19     1699.40     1699.40
 FCIU9157069      7183354 02/25/19  04/11/19     1699.40     1699.40
 TEMU6948903      7183355 02/25/19  04/11/19     1930.60     1930.60
 UACU5086283      7183356 02/25/19  04/11/19     1930.60     1930.60
 CPSU1724528      7183357 02/25/19  04/11/19     1799.40     1799.40
 TLLU2506695      7183358 02/25/19  04/11/19     1799.40     1799.40
 HLXU5603694      7183725 02/27/19  04/13/19     1686.60     1686.60
 CPSU1720142      7183726 02/27/19  04/13/19     1699.40     1699.40
 FSCU9908071      7183993 02/28/19  04/14/19     1785.50     1785.50
 CAIU8117504      7183994 02/28/19  04/14/19     1699.40     1699.40
 HAMU1050021      7183995 02/28/19  04/14/19     1786.60     1786.60
```

```
PAGE: 12              LINCOLN TRANSPORTATION SERVICES
                      250 W. MANVILLE ST., COMPTON, CA 90220
                      TEL:(310)609-1104  FAX:(310)609-1190

                           S T A T E M E N T                              03/25/19
                         CLOSING DATE: 03/25/19

                      FOR: HAPAG LLOYD (AMERICA)INC.


 REFERENCE NO.    INV NO  INV DATE  DUE DATE    INV AMT     BALANCE     OVER DUE     DAY
 ===============  ======= ========  ========  ==========  ==========  ==========  =====
 SEGU5616024      7184400 03/01/19  04/15/19     1686.60     1686.60
 TGHU9256768      7185109 03/05/19  04/19/19      544.95      544.95
 UETU5406191      7185113 03/05/19  04/19/19      519.00      519.00
 INKU6226722      7185464 03/07/19  04/21/19     1686.60     1686.60
 HLXU6597195      7185465 03/07/19  04/21/19     1686.60     1686.60
 GLDU5626678      7186909 03/15/19  04/29/19     1812.20     1812.20
 TCNU7068203      7187651 03/21/19  05/05/19     1686.60     1686.60
 HLBU1966061      7187652 03/21/19  05/05/19     1686.60     1686.60
 HAMU1279110      7187653 03/21/19  05/05/19     1686.60     1686.60
 HLBU2107693      7187654 03/21/19  05/05/19     1686.60     1686.60
 HLXU5625184      7187655 03/21/19  05/05/19     1686.60     1686.60
 DRYU9147021      7187721 03/21/19  05/05/19     1686.60     1686.60
 HLXU8285658      7187722 03/21/19  05/05/19     1699.40     1699.40
 UACU5662898      7187723 03/21/19  05/05/19     1686.60     1686.60
 TLLU5947945      7187724 03/21/19  05/05/19     1686.60     1686.60
 HLBU1604397      7187931 03/22/19  05/06/19     1686.60     1686.60
 FSCU9952259      7187932 03/22/19  05/06/19     1686.60     1686.60
                                               ==========  ==========  ==========
                                                810750.77   799801.97   710693.67
```

```
-----------------------------------------------------------------------------------
|   INV AMT   |   BALANCE   |   CURRENT   |   01 - 30   |   31 - 60   |  OVER 60   |
|  810750.77  |  799801.97  |   92818.70  |  145689.90  |  114116.76  |  447176.61 |
-----------------------------------------------------------------------------------
```