A. Douglas Mastroianni (150438)
doug@admlaw.co
609 Deep Valley Dr., Suite 200
Rolling Hills Estates, CA 90274
Tel.: (213) 915-7316

Attorneys for Plaintiff Lincoln Transportation Services, Inc..

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN TRANSPORTATION SERVICES, INC., a California Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>HAPAG-LLOYD (America) LLC, a Delaware Limited Liability Company Whose Members are Citizens of New Jersey, Georgia, Florida, Illinois; and Texas; HAPAG-LLOYD CONTAINER LINE GMBH, a German Corporation,<br><br>  Defendants. | NO. 2:19-cv-02314-JFW-MAA<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND PROPOSED ORDER OF DISMISSAL** |

**NOTICE OF SETTLEMENT AND STIPULATION AND PROPOSED ORDER OF DISMISSAL**
PAGE 1

# STIPULATION AND PROPOSED ORDER OF DISMISSAL

1. The parties have settled their claims and crossclaims;
2. The settlement terms have been fully effectuated;
3. The parties request that the court enter a dismissal of the claims and crossclaims with prejudice.

Dated: November 4, 2019        MASTROIANNI LAW FIRM

By: /s/ A. Douglas Mastroianni
A. Douglas Mastroianni
Attorney for Plaintiff
Lincoln Transportation Services, Inc.

Dated: November 4, 2019        COZEN O'CONNOR

By: /s/ David A. Shimkin
David A. Shimkin
Attorney for Defendants Hapag-Lloyd (America) LLC and Hapag-Lloyd AG[1]

# PROPOSED ORDER

Good Cause Appearing, the complaint and crossclaim are dismissed with prejudice.

Date: November 6, 2019

_____
United States District Court

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i) the filer hereby certifies that the content of this document is acceptable to counsel for defendants who have authorized plaintiff's counsel to affix defense counsel's electronic signature above.